IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANTONIO SMITH,

    Plaintiff

v.                                                    CASE NO.  5:08-CV-23 (HL)

MICHAEL J. ASTRUE,

    Defendant

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 16) filed February 18, 2009 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 31st day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**