IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ANTONIO SMITH,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | **CASE NO. 5:08-CV-23 (HL)** |
| : | |
| **MICHAEL J. ASTRUE,** : | |
| : | |
| **Defendant** : | |
| : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 22) filed March 23, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 26th day of March, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**